**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01582-REB-KLM

ACE GROUP INTERNATIONAL, LLC,

    Plaintiff,

v.

ACE EAT SERVE, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Stipulation of Dismissal** [#21][1] filed November 20, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#21] filed November 20, 2014, is **APPROVED**;

    2. That the combined Final Pretrial Conference and Trial Preparation Conference set October 2, 2015, are **VACATED**;

    3. That the jury trial set to commence October 19, 2015, is **VACATED**; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 20, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge
